**Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
**Fresno, California  93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendants**
A & K Partnership and
Joseph Medaa

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br>vs.<br><br>A & K PARTNERSHIP, a California General Partnership; JOSEPH MEDAA dba PRIMOS FAMILY MARKET;<br><br>　　　　Defendants. | CASE NO. 1:16-cv-00627-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME FOR A & K PARTNERSHIP, a California General Partnership and JOSEPH MEDAA dba PRIMOS FAMILY MARKET TO RESPOND TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE HEARING |

WHEREAS:

1. Plaintiff HENDRIK BLOCK filed his complaint in this action on May 3, 2016.

2. This is the second request for an extension of time for A & K PARTNERSHIP, a California General Partnership and JOSEPH MEDAA dba PRIMOS FAMILY MARKET ("Defendants").  A previous extension of time was granted by the Court until June 28, 2016 and court approval is required for a further extension of time.  A joint status report is due on or about July 21, 2016.

3. Plaintiff and Defendants continue to be in settlement negotiations at this time.

4. Defendants have just recently had a CASp inspection performed and report prepared, however additional time is needed to conclude the terms of a settlement.

5. The parties agree and submit that settlement of this case prior to the preparation of a joint status report would save valuable court time and resources.

6. The parties have agreed to extend Defendants' time to respond to the complaint until

July 20, 2016, subject to the court's approval, and believe that the case can be settled within

that time.

NOW THEREFORE, Defendants through their attorney, and Plaintiff HENDRIK BLOCK through his attorneys, hereby stipulate and agree that the time for A & K PARTNERSHIP, a California General Partnership and JOSEPH MEDAA dba PRIMOS FAMILY MARKET to answer or otherwise respond to the Complaint shall be extended up to and including July 20, 2016, pending court approval.

**IT IS SO STIPULATED.**

Dated: June 30, 2016

MOORE LAW FIRM, PC
/s/Tanya Moore
Tanya Moore, Attorney for Plaintiff Hendrik Block

Dated: June 30, 2016

/s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants, A & K Partnership and Joseph Medaa

## ORDER

**IT IS SO ORDERED that** defendants A & K PARTNERSHIP, a California General Partnership and JOSEPH MEDAA dba PRIMOS FAMILY MARKET shall have until July 20, 2016 to answer or otherwise respond to the Complaint.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference is continued from July 28, 2016 to **September 8, 2016 at 9:30 AM** in courtroom 8 (BAM) before Judge McAuliffe.  **A JOINT Scheduling Conference Report**, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in Word format, to bamorders@caed.uscourts.gov.

Dated:  **July 5, 2016**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE