IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK, | Case No. 1:16-cv-0627- BAM |
| Plaintiff | |
| v. | ORDER DISMISSING CASE |
| A&K PARTENRSHIP and JOSEPH MEDAA | |
| Defendants, | |

Pursuant to the Notice of Voluntary Dismissal filed on August 12, 2016 by Plaintiff Hendrik Block (Doc. 14), this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.[1]  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 16, 2016**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The parties consented to the jurisdiction of the United States Magistrate Judge. (Docs. 8, 9). For that reason, the action was reassigned to the Honorable Barbara A. McAuliffe for all purposes. *See* 28 U.S.C.§ 636(c); Fed. R. Civ. P. 73; *see also* L.R. 305.